*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Garrett Griffith
    Debtor(s)

Case No: 19−12803−mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re : 2018 Toyota Camry SE, Filed by Toyota Motor Credit Corporation Represented by KEVIN G. MCDONALD.
−AND−
Motion for Relief from Stay In Re: 2017 Toyota Tundra, Filed by Toyota Motor Credit Corporation Represented by REBECCA ANN SOLARZ.

**Hearing rescheduled from 10:30 AM to 12:30 PM**

on: 6/26/19

at: 12:30 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/12/19

Timothy B. McGrath
Clerk of Court

19 − 15, 17
Form 167