United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12803-mdc
James Garrett Griffith                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 2          Date Rcvd: Jun 12, 2019
                              Form ID: 167         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
```
db            +James Garrett Griffith,    1315 Woodcrest Dr.,    Reading, PA 19607-2217
14321168      +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
14321171      +Bob Fisher Chevrolet, Inc.,    4111 Pottsville Pike,    Reading, PA 19605-1203
14321172      +C2C Resources, LLC,    350 N. Causeway Blvd.,    Ste. 300,    Metairie, LA 70001
14321173      +Capital Bank,    Attn: Bankruptcy,    1 Church St. # 300,    Rockville, MD 20850-4190
14321175      +Cby Systems Inc,    33 S Duke St,    York, PA 17401-1401
14321176      +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
                Dickson City, PA 18519-1641
14321178      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14321180      +Easy Pay/Duvera Collections,    Attn: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018-2549
14321181      +Fastenal,    c/o Rauch-Milliken International, Inc.,    4400 Trenton St. #A,
                Metairie, LA 70006-6550
14321183      +First Progress,    Attn: Bankruptcy,    Po Box 9053,    Johnson City, TN 37615-9053
14321184       Fred Beans Ford of Boyertown,    525 PA-100 N,    Bechtelsville, PA 19505
14321185      +K & W Tire Company, Inc.,    c/o Mr. Kenneth B. Gaddy,    C2C Resources LLC,
                56 Perimeter Center E    Ste. 100,    Atlanta, GA 30346-2214
14321186      +Keystone,    3658  Route378,    Bethlehem, PA 18015-5452
14321187      +Koch & Koch,    217 N. 6th St.,    Reading, PA 19601-3307
14321188      +Mariner Finance,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14321190       Max Finkelstein, Inc.,    c/o Altus Global Trade Solutions,    2400 Veterans Blvd.   Ste. 300,
                Kenner, LA 70062
14321192      +PPC Lubricants,    c/o Steve O'Malley,    Weinstock & O'Malley,    107 W Main St. #5,
                Clinton, NJ 08809-1286
14321193      +Regency Finance Compan,    374 Center Ave,    Schuylkill Haven, PA 17972-1012
14321195      +Savage 61,    4645 Pottsville Pike,    Reading, PA 19605-9776
14321196      +Schuykill Au,    334 Route 61 South,    Schuylkill Haven, PA 17972-9706
14321197      +Snap On Crdt,    950 Technology Way,    Suite 301,    Libertyville, IL 60048-5339
14321198      +Sst/roadrunner Inc,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
14321199      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Atty: Bankruptcy Dept,    Po Box 8026,
                Cedar Rapids, IA 52409)
14335447      +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14331697      +Toyota Motor Credit Corporation c/o Kevin G. McDon,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14321169      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jun 13 2019 03:01:37      Ascentium Capital LLC,
                c/o Hunter Warfield,    4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
14321170      +E-mail/Text: aleasure@autotrakk.com Jun 13 2019 03:02:09      Autotrakk Llc,
                Attn: Bankruptcy Department,    1500 Sycamore Rd., Ste. 200,    Montoursville, PA 17754-9416
14321174      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 13 2019 03:02:34
                Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14321177      +E-mail/Text: bankruptcy@credencerm.com Jun 13 2019 03:02:01      Credence Resource Management,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
14321179       E-mail/Text: mrdiscen@discover.com Jun 13 2019 03:01:10      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
14321182      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 13 2019 03:01:58      Fingerhut,
                Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14321189      +E-mail/Text: bankruptcy@matcotools.com Jun 13 2019 03:02:11      Matco Tools,    Attn: Bankruptcy,
                4403 Allen Rd,    Stow, OH 44224-1096
14321191      +E-mail/PDF: cbp@onemainfinancial.com Jun 13 2019 03:02:21      OneMain Financial,
                Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14321194      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 03:02:23
                Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
14321200      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 13 2019 03:01:05
                Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                Weldon Spring, MO 63304-2225
14321201      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 13 2019 03:01:35
                Westlake Financial Services,    Attn: Bankruptcy,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR              Page 2 of 2            Date Rcvd: Jun 12, 2019
                              Form ID: 167             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
          DAVID W. TIDD    on behalf of Debtor James Garrett Griffith bankruptcy@davidtiddlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Garrett Griffith
    Debtor(s)

Case No: 19−12803−mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re : 2018 Toyota Camry SE, Filed by Toyota Motor Credit Corporation Represented by KEVIN G. MCDONALD.
−AND−
Motion for Relief from Stay In Re: 2017 Toyota Tundra, Filed by Toyota Motor Credit Corporation Represented by REBECCA ANN SOLARZ.

**Hearing rescheduled from 10:30 AM to 12:30 PM**

on: 6/26/19

at: 12:30 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/12/19

Timothy B. McGrath
Clerk of Court

19 − 15, 17
Form 167