### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Garrett Griffith <br> Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> Movant <br> vs. | NO. 19-12803 MDC |
| James Garrett Griffith <br> Debtor(s) | |
| Robert H. Holber Esq. <br> Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 Toyota Camry SE, VIN: 4T1B11HK8JU031424 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of June, 2019.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list

James Garrett Griffith
1315 Woodcrest Drive
Reading, PA 19607

DAVID TIDD, ESQUIRE
656 Main Street
Hellertown, PA 18055

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532