## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: James Garrett Griffith          :      Chapter: 7
                                        :
                 Debtor(s)          :      Bankruptcy No.: 19-12803-MDC

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at three (3) scheduled §341 Meetings of Creditors on 6/17/19, 7/16/19, and 8/12/19.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal