## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| James Garrett Griffith, | : | |
| Debtor. | : | Bankruptcy No. 19-12803-MDC |

## ORDER TO SHOW CAUSE WHY
## DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtor has failed to appear at three scheduled §341 Meeting of Creditors on June 17, 2019, July 16, 2019 and August 12, 2019.

It is hereby **ORDERED** that a hearing shall be held on **September 11, 2019, at 12:30 p.m.**, in the **Courtroom 1, The Madison Building, 3rd Floor, 400 Washington Street, Reading, Pennsylvania**, to consider whether this bankruptcy case should be dismissed.  *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: August 19, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107