United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Garrett Griffith  
    Debtor

Case No. 19-12803-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Aug 19, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.  
db            +James Garrett Griffith,    1315 Woodcrest Dr.,    Reading, PA 19607-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:  
         DAVID W. TIDD    on behalf of Debtor James Garrett Griffith bankruptcy@davidtiddlaw.com, debbburdick@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| James Garrett Griffith, | : | |
| Debtor. | : | Bankruptcy No. 19-12803-MDC |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW**, the docket reflecting that the Debtor has failed to appear at three scheduled §341 Meeting of Creditors on June 17, 2019, July 16, 2019 and August 12, 2019.

It is hereby **ORDERED** that a hearing shall be held on **September 11, 2019, at 12:30 p.m.**, in the **Courtroom 1, The Madison Building, 3rd Floor, 400 Washington Street, Reading, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: August 19, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107