United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12803-mdc
James Garrett Griffith                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP              Page 1 of 2                Date Rcvd: Sep 12, 2019
                            Form ID: pdf900          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db         +James Garrett Griffith,   1315 Woodcrest Dr.,   Reading, PA 19607-2217
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14321168   +Aaron's Sales & Lease,   Attn: Bankruptcy,   Po Box 100039,   Kennesaw, GA 30156-9239
14321171   +Bob Fisher Chevrolet, Inc.,   4111 Pottsville Pike,   Reading, PA 19605-1203
14321172   +C2C Resources, LLC,   350 N. Causeway Blvd.,   Ste. 300,   Metairie, LA 70001
14321173   +Capital Bank,   Attn: Bankruptcy,   1 Church St. # 300,   Rockville, MD 20850-4190
14321175   +Cby Systems Inc,   33 S Duke St,   York, PA 17401-1401
14321176   +Commonwealth Financial Systems,   Attn: Bankruptcy,   245 Main Street,
             Dickson City, PA 18519-1641
14321178   +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14321180   +Easy Pay/Duvera Collections,   Attn: Bankruptcy,   Po Box 2549,   Carlsbad, CA 92018-2549
14321181   +Fastenal,   c/o Rauch-Milliken International, Inc.,   4400 Trenton St. #A,
             Metairie, LA 70006-6550
14321183   +First Progress,   Attn: Bankruptcy,   Po Box 9053,   Johnson City, TN 37615-9053
14321184    Fred Beans Ford of Boyertown,   525 PA-100 N,   Bechtelsville, PA 19505
14321185   +K & W Tire Company, Inc.,   c/o Mr. Kenneth B. Gaddy,   C2C Resources LLC,
             56 Perimeter Center E  Ste. 100,   Atlanta, GA 30346-2214
14321186   +Keystone,   3658 Route378,   Bethlehem, PA 18015-5452
14321187   +Koch & Koch,   217 N. 6th St.,   Reading, PA 19601-3307
14321188   +Mariner Finance,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
14321190    Max Finkelstein, Inc.,   c/o Altus Global Trade Solutions,   2400 Veterans Blvd.  Ste. 300,
             Kenner, LA 70062
14321192   +PPC Lubricants,   c/o Steve O'Malley,   Weinstock & O'Malley,   107 W Main St. #5,
             Clinton, NJ 08809-1286
14321193   +Regency Finance Compan,   374 Center Ave,   Schuylkill Haven, PA 17972-1012
14321195   +Savage 61,   4645 Pottsville Pike,   Reading, PA 19605-9776
14321196   +Schuykill Au,   334 Route 61 South,   Schuylkill Haven, PA 17972-9706
14321197   +Snap On Crdt,   950 Technology Way,   Suite 301,   Libertyville, IL 60048-5339
14321198   +Sst/roadrunner Inc,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
14321199  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,    Atty: Bankruptcy Dept,   Po Box 8026,
             Cedar Rapids, IA 52409)
14335447   +Toyota Motor Credit Corporation,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14331697   +Toyota Motor Credit Corporation c/o Kevin G. McDon,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:55
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14321169   +E-mail/Text: HWIBankruptcy@hunterwarfield.com Sep 13 2019 02:58:06      Ascentium Capital LLC,
             c/o Hunter Warfield,   4620 Woodland Corporate Blvd.,   Tampa, FL 33614-2415
14321170   +E-mail/Text: aleasure@autotrakk.com Sep 13 2019 02:58:23      Autotrakk Llc,
             Attn: Bankruptcy Department,   1500 Sycamore Rd., Ste. 200,   Montoursville, PA 17754-9416
14321174   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 13 2019 02:55:53
             Capital One Auto Finance,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14321177   +E-mail/Text: bankruptcy@credencerm.com Sep 13 2019 02:58:20      Credence Resource Management,
             17000 Dallas Parkway,   Suite 204,   Dallas, TX 75248-1940
14321179    E-mail/Text: mrdiscen@discover.com Sep 13 2019 02:57:46      Discover Financial,
             Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
14321182   +E-mail/Text: bnc-bluestem@quantum3group.com Sep 13 2019 02:58:19      Fingerhut,
             Attn: Bankruptcy,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14321189   +E-mail/Text: bankruptcy@matcotools.com Sep 13 2019 02:58:26      Matco Tools,   Attn: Bankruptcy,
             4403 Allen Rd,   Stow, OH 44224-1096
14321191   +E-mail/PDF: cbp@onemainfinancial.com Sep 13 2019 02:55:50      OneMain Financial,
             Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013
14321194   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:56:24
             Resurgent Capital Services,   Po Box 10587,   Greenville, SC 29603-0587
14321200   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2019 02:57:44
             Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
             Weldon Spring, MO 63304-2225
14321201   +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 13 2019 02:58:03
             Westlake Financial Services,   Attn: Bankruptcy,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 13
```

```
District/off: 0313-4              User: PaulP              Page 2 of 2              Date Rcvd: Sep 12, 2019
                                  Form ID: pdf900          Total Noticed: 44
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor James Garrett Griffith bankruptcy@davidtiddlaw.com,
               debbburdick@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

James Garrett Griffith
        Debtor(s)

Chapter 7

Bankruptcy No. 19-12803-mdc

**ORDER**

AND NOW, it is

1.*( )   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*(X)   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

                                                        Magdeline D. Coleman

Dated: 9/11/19                              Chief United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm